# IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF NEW JERSEY-NEWARK

|  |  |
|---|---|
| Oliger Hysenagolli | Case # 1:26-cv-03489-ESK |
| Plaintiff | |
| v. | |
| Markwayne Mullin, in his capacity as Secretary for the United States Department of Homeland Security; | DISTRICT JUDGE EDWARD S. KIEL |
| Joseph B. Edlow, in his official capacity as Director, U.S. Citizenship and Immigration Services, | **ORDER** |
| Pamela Bondi, in her official capacity as the Attorney General of the United States | |
| Defendants. | |

## PETITIONER'S MOTION TO VOLUNTARY DISMISS COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Petitioner, who respectfully moves this Honorable Court to dismiss the above captioned matter without prejudice. Respondent's counsel has indicated they have no opposition to this motion.

So Ordered.

_/s/ Edward S. Kiel_
**Edward S. Kiel, U.S.D.J.**
**Date: May 12, 2026**

Respectfully submitted,

PAUL B. GROTAS
PETITIONER'S ATTORNEY

By:   /s/ Paul B. Grotas
PAUL B. GROTAS, ESQ

The Grotas Firm, P.C.
499 Seventh Avenue, Suite 23N
New York, NY 10018
917-436-4444
Fax: 888-505-1513
Email: paul@grotaslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2026, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: counsel for the Respondents

/s/ Paul Grotas

Attorney for Petitioner